ROBERT P. ANDRIS (SBN 130290)
LAEL ANDARA (SBN 215416)
JESSHILL E. LOVE (SBN 208348)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email: randris@ropers.com

Attorneys for Plaintiffs
USE TECHNO CORPORATION
and FUTOSHI MATSUYAMA


DORSEY & WHITNEY LLP
Sri K. Sankaran (SBN 236584)
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone: (415) 781-1989
Facsimile: (415) 398-3249
Email: sankaran.sri@dorsey.com

Paul J. Robbennolt
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendants
KENKO USA, INC., SOFT-GEL
TECHNOLOGIES, INC., CHEMCO
INDUSTRIES, INC., and RONALD
G. UDELL

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | |
|---|---|
| Use Techno Corporation and Futoshi Matsuyama,<br><br>Plaintiffs,<br><br>v.<br>Kenko USA, Inc.; Soft-Gel Technologies, Inc.; Chemco Industries, Inc.; Iovate Health Sciences U.S.A., Inc.; Jarrow Industries, Inc.; Jarrow Formulas, Inc.; Ronald G. Udell; and Siva P. Hari<br><br>Defendants. | CASE NO.: C06-2754 EDL<br><br>Before the Hon. Elizabeth D. LaPorte<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

-1-

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs, Use Techno Corporation and Futoshi Matsuyama, and Defendants Kenko USA, Inc., Soft-Gel Technologies, Inc., Chemco Industries, Inc., and Ronald G. Udell (hereinafter collectively "Stipulating Defendants") that the Stipulating Defendants' time to answer or otherwise respond to the Complaint in the above-captioned matter may be extended 30 days, to and including June 14, 2006. It is further stipulated that this extension of time does not interfere with the deadlines set by the Court's Order Setting Initial Case Management Conference.

DATED: 5/12/06       By: _____

ROBERT P. ANDRIS (SBN 130290)
LAEL ANDARA (SBN 215416)
JESSHILL E. LOVE (SBN 208348)

Attorneys for Plaintiffs
USE TECHNO CORPORATION
and FUTOSHI MATSUYAMA

DATED: 5/15/06       By: _____

SRI K. SANKARAN (SBN 236584)
PAUL J. ROBBENNOLT

Attorneys for Defendants
KENKO USA, INC., SOFT-GEL
TECHNOLOGIES, INC., CHEMCO
INDUSTRIES, INC., and RONALD
G. UDELL

IT IS SO ORDERED.

Dated: May 18, 2006

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

-2-

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT

1 | **IT IS SO ORDERED.**

2 | DATED: _____        _____
                                                  Hon. Elizabeth D. LaPorte
3 |                                               United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER
EXTENDING TIME TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT