1  ROBERT P. ANDRIS (SBN 130290)
   LAEL ANDARA (SBN 215416)
2  JESSHILL E. LOVE (SBN 208348)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street
   Redwood City, CA  94063
4  Telephone:   (650) 364-8200
   Facsimile:   (650) 780-1701
5  Email: randris@ropers.com

6  Attorneys for Plaintiffs
   USE TECHNO CORPORATION
7  and FUTOSHI MATSUYAMA

8  JUANITA R. BROOKS, SBN 75934, brooks@fr.com
   FISH & RICHARDSON
9  12390 El Camino Real
   San Diego, CA  92130
10 Telephone:   (858) 678-5070
   Facsimile:   (858) 678-5099
11
   Attorneys for Defendant
12 IOVATE HEALTH SCIENCES U.S.A., INC.

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 | USE TECHNO CORPORATION and       | CASE NO. C06-02754 EDL
   | FUTOSHI MATSUYAMA,               |
18 |                                  | **JOINT STIPULATION AND
   |         Plaintiffs,              | [PROPOSED] ORDER TO CONTINUE
19 |                                  | LAST DAY TO SERVE RESPONSIVE
   | v.                               | PLEADING PURSUANT TO NORTHERN
20 |                                  | DISTRICT LOCAL RULE 6-1(a)**
   | KENKO USA, INC.; SOFT-GEL        |
21 | TECHNOLOGIES, INC.; CHEMCO       |
   | INDUSTRIES, INC.; IOVATE HEALTH  |
22 | SCIENCES U.S.A., INC.; JARROW    |
   | INDUSTRIES, INC.; JARROW         |
23 | FORMULAS, INC.; RONALD G.        |
   | UDELL; and SIVA P. HARI,         |
24 |                                  |
   |         Defendants.              |

25

26  / / /

27  / / /

28  / / /

RC1/402949 1/TC3                   - 1 -                   JOINT STIPULATION TO CONTINUE LAST
                                                           DAY TO SERVE RESPONSIVE PLEADING

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1  Pursuant to Rule 6-1(a) of the Northern District Local Rules and in light of recent
2  settlement discussions, Plaintiffs USE TECHNO CORPORATION AND FUTOSHI
3  MATSUYAMA and Defendant IOVATE HEALTH SCIENCES U.S.A., INC., by and through
4  their undersigned counsel, hereby stipulate to extend Defendant IOVATE HEALTH SCIENCES
5  U.S.A., INC.'s last day to file a responsive pleading by thirty (30) days. Accordingly, Defendant
6  IOVATE HEALTH SCIENCES U.S.A., INC.'s last day to file a responsive pleading to Plaintiff's
7  Complaint is June 16, 2006.

8  Dated: May 15, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
ROBERT P. ANDRIS
LAEL D. ANDARA
JESSHILL E. LOVE
Attorneys for Plaintiffs
USE TECHNO CORPORATION and
FUTOSHI MATSUYAMA

Dated: May 15, 2006

FISH & RICHARDSON P.C.

By: _____
JUANITA R. BROOKS
Attorneys for Defendant
IOVATE HEALTH SCIENCES U.S.A., INC.

IT IS SO ORDERED.

Dated: May 18, 2006

_____
Judge Elizabeth D. Laporte
Hon. Elizabeth D. Laporte
United States Magistrate Judge

*IT IS SO ORDERED — Judge Elizabeth D. Laporte (seal: United States District Court, Northern District of California)*