1    Juanita R. Brooks, SBN 75934, brooks@fr.com
     FISH & RICHARDSON P.C.
2    12390 El Camino Real
     San Diego, CA  92130
3    Telephone:  (858) 678-5070
     Facsimile:  (858) 678-5099

4

     John Farrell, SBN 99649, jfarrell@fr.com
5    FISH & RICHARDSON P.C.
     500 Arguello Street, Suite 500
6    Redwood City, CA 94063
     Telephone:  (650)839-5070
7    Facsimile:  (650) 839-5071

8    Attorneys for Defendant
     IOVATE HEALTH SCIENCES U.S.A., INC.
9

10               UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 (SAN FRANCISCO DIVISION)

| | |
|---|---|
| 13 USE TECHNO CORPORATION and FUTOSHI MATSUYAMA, | CASE NO. 06-cv-02754-EDL |
| 14            Plaintiffs, | **JOINT STIPULATION AND [~~PROPOSED ORDER~~] FOR EXTENSION OF TIME FOR IOVATE HEALTH SCIENCES U.S.A., INC. TO RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT AND TO MOVE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| 15 | |
| 16        v. | |
| 17 KENKO USA, INC.; SOFT-GEN TECHNOLOGIES, INC.; CHEMCO | |
| 18 INDUSTRIES, INC.; IOVATE HEALTH SCIENCES U.S.A., INC.; JARROW | |
| 19 INDUSTRIES, INC.; JARROW FORMULAS, INC.; RONALD G. UDELL; AND SIVA P. | (AS MODIFIED) |
| 20 HARI, | |
| 21            Defendants, | |

22

23        Pursuant to Civil Local Rule 6-1(a), and in light of continued settlement discussions,

24 Plaintiffs USE TECHNO CORPORATION and FUTOSHI MATSUYAMA (collectively referred

25 to as "USE TECHNO") and Defendant IOVATE HEALTH SCIENCES U.S.A., INC. (referred to

26

27

JOINT STIPULATION AND [PROPOSED ORDER] FOR EXTENSION
28              OF TIME FOR IOVATE HEALTH SCIENCES U.S.A., INC TO
RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT AND TO
MOVE INITIAL CASE MANAGEMENT CONFERENCE AND
RELATED DATES
CASE NO  06-cv-02754-EDL

as "IOVATE"), hereby stipulate to an extension of twenty (20) days from June 16, 2006, to July 6,
2006, for IOVATE to respond to the Complaint filed in this matter.

 Pursuant to Civil Local Rules 6-1(b), and in order to allow the parties sufficient time to
meet and confer, and prepare for the upcoming Initial Case Management Conference, the parties
have agreed to a one-month extension of all currently calendared dates. The parties therefore
respectfully request that the Court revise the April 24, 2006, Order Setting Initial Case
Management Conference and ADR Deadlines as follows, subject to the Court's availability:

| Event | Date from April 24 Order | Proposed New Date |
|---|---|---|
| Last day to:<br>a) meet and confer re initial disclosures, early settlement, ADR selection, and discovery plan;<br>b) file ADR certification signed by parties and Counsel;<br>c) file either Stip to ADR Process or Notice of Need for ADR PhoneConf | July 5, 2006 | August 4, 2006 |
| Last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement and file Rule 26(f) Report | July 18, 2006 | August 18, 2006 |
| Initial Case Management Conference | July 25, 2006 @ 10:00 am | August 29, 2006 at 10:00 a.m. |

Dated:  June 16, 2006

     ROPERS, MAJESKI, KOHN & BENTLEY

     By:  /s/ Robert P. Andris
      Robert P. Andris

     Attorneys for Plaintiffs
     USE TECHNO CORPORATION and
     FUTOSHI MATSUYAMA

JOINT STIPULATION AND [PROPOSED ORDER] FOR EXTENSION
OF TIME FOR IOVATE HEALTH SCIENCES U S A , INC TO
RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT AND TO
MOVE INITIAL CASE MANAGEMENT CONFERENCE AND
RELATED DATES
CASE NO  06-cv-02754-EDL []

1    Dated:  June 16, 2006                    FISH & RICHARDSON P.C.

2
                                             By:  /s/
3                                                Juanita R. Brooks

4                                            Attorneys for Defendant
5                                            IOVATE HEALTH SCIENCES U.S.A., INC.

6
7            Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

8    penalty of perjury that concurrence in the filing of this document has been obtained from Robert P.

9    Andris.

10   Dated:  June 16, 2006                    FISH & RICHARDSON P.C.

11
12                                           By:  /s/ Juanita R. Brooks
                                                 Juanita R. Brooks
13
14                                           Attorneys for Defendant
                                             IOVATE HEALTH SCIENCES U.S.A., INC.
15

16

17                              **ORDER**    (AS MODIFIED)

18           IT IS HEREBY ORDERED that since the parties have stipulated to the extension of July

19   6, 2006, for Defendant IOVATE HEALTH SCIENCES U.S.A., INC. to answer the Complaint in

20   this matter, the proposed new dates listed above are accepted and scheduled,
     except that the initial CMC shall be held on
21   August 29, 2006.

22   Dated: June 16, 2006

23   Hon. Elizabeth D. Laporte
     United States Magistrate Judge
24

25

26

27

28                                      3      JOINT STIPULATION AND [PROPOSED ORDER] FOR EXTENSION
                                               OF TIME FOR IOVATE HEALTH SCIENCES U.S.A., INC TO
                                               RESPOND OR OTHERWISE PLEAD TO THE COMPLAINT AND TO
                                               MOVE INITIAL CASE MANAGEMENT CONFERENCE AND
                                               RELATED DATES
                                               CASE NO. 06-cv-02754-EDL