```
 1  Juanita R. Brooks, SBN 75934, brooks@fr.com
    FISH & RICHARDSON P.C.
 2  12390 El Camino Real
    San Diego, CA  92130
 3  Telephone:  (858) 678-5070
    Facsimile:  (858) 678-5099
 4
    John Farrell, SBN 99649, jfarrell@fr.com
 5  FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
 6  Redwood City, CA 94063
    Telephone:  (650)839-5070
 7  Facsimile:  (650) 839-5071

 8  Attorneys for Defendant, Counter-Claimant and Cross-Claimant
    IOVATE HEALTH SCIENCES U.S.A., INC.
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| USE TECHNO CORPORATION and FUTOSHI MATSUYAMA,<br><br>Plaintiffs,<br><br>v.<br><br>KENKO USA, INC.; SOFT-GEN TECHNOLOGIES, INC.; CHEMCO INDUSTRIES, INC.; IOVATE HEALTH SCIENCES U.S.A., INC.; JARROW INDUSTRIES, INC.; JARROW FORMULAS, INC.; RONALD G. UDELL; AND SIVA P. HARI,<br><br>Defendants, | CASE NO. 06-cv-02754-EDL<br><br>JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST IOVATE HEALTH SCIENCES U.S.A., INC. AND OF DISMISSAL OF COUNTER-CLAIMANT IOVATE HEALTH SCIENCES U.S.A., INC.'S COUNTERCLAIMS AGAINST USE TECHNO CORPORATION AND FUTOSHI MATSUYAMA |
| IOVATE HEALTH SCIENCES U.S.A., INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>USE TECHNO CORPORATION and FUTOSHI MATSUYAMA,<br><br>Counter-Defendants. | |

1   JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF
    PLAINTIFF'S CLAIMS AGAINST IOVATE HEALTH SCIENCES
    U.S.A., INC. AND OF DISMISSAL OF COUNTER-CLAIMANT
    IOVATE HEALTH SCIENCES U.S.A., INC 'S COUNTERCLAIMS
    AGAINST USE TECHNO CORPORATION AND FUTOSHI MATSU
    TCASE NO  06-cv-02754-EDL

| |
|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., |
| Cross-Claimant, |
| v. |
| KENKO USA, INC.; SOFT-GEL TECHNOLOGIES, INC., |
| Cross-Defendants. |

Pursuant to the Settlement Agreement made as of July Aug. 3, 2006 by and between Defendant and Counter-Claimant Iovate Health Sciences U.S.A., Inc., and Plaintiffs and Counter-Defendants Use Techno Corporation and Futoshi Matsuyama, these parties have settled and resolved their differences and have set out the terms and conditions of their agreement in the Settlement Agreement. As part of such Agreement, these parties have stipulated to dismissal of their claims against one another in accordance with acceptance of this Stipulation and entry of this Order.

Dated: July Aug. 3, 2006

FISH & RICHARDSON P.C.

By: /s/ Juanita R. Brooks
Juanita R. Brooks

Attorneys for Defendant, Counter-Claimant and Cross-Claimant
IOVATE HEALTH SCIENCES U.S.A., INC.

2   JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST IOVATE HEALTH SCIENCES U.S.A., INC AND OF DISMISSAL OF COUNTER-CLAIMANT IOVATE HEALTH SCIENCES U.S.A., INC.'S COUNTERCLAIMS AGAINST USE TECHNO CORPORATION AND FUTOSHI MATSU

Dated: ~~July~~ August 3, 2006         ROPERS, MAJESKI, KOHN & BENTLEY

By: _/s/ Robert P. Andris_
Robert P. Andris

Attorneys for Plaintiffs
USE TECHNO CORPORATION and
FUTOSHI MATSUYAMA

[~~PROPOSED~~] ORDER

NOW, THEREFORE, upon the consent of the parties hereto, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Pursuant to Fed. R. Civ. P. 41, the above-described claims are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

2. The parties submit to, and the Court does hereby retain, exclusive and continuing jurisdiction over the parties and the subject matter of this action for the purpose of enforcing the ~~July __, 2006~~ August 3, 2006 Settlement Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 3, 2006

_/s/ Elizabeth D. Laporte_
Judge Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED

10648732.doc

3   JOINT STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF
    PLAINTIFF'S CLAIMS AGAINST IOVATE HEALTH SCIENCES
    U.S.A., INC AND OF DISMISSAL OF COUNTER-CLAIMANT
    IOVATE HEALTH SCIENCES U.S.A., INC'S COUNTERCLAIMS
    AGAINST USE TECHNO CORPORATION AND FUTOSHI MATSU