1  Juanita R. Brooks, SBN 75934, brooks@fr.com
   Albert R. Ubieta, *pro hac vice*, ubieta@fr.com
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  John Farrell, SBN 99649, jfarrell@fr.com
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, CA 94063
7  Telephone: (650)839-5070
   Facsimile: (650) 839-5071
8
   Paul J. Robbennolt, Esq. robbennolt.paul@dorsey.com
9  Dorsey & Whitney LLP
   50 South Sixth Street, Suite 1500
10 Minneapolis, MN 55402-1498
   Telephone: (612) 340-2864
11 Facsimile: (612) 340-8856

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         (SAN FRANCISCO DIVISION)

15 | IOVATE HEALTH SCIENCES U.S.A., INC.; | CASE NO. 06-cv-02754-EDL
16 | Cross-Claimant, | **STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS**
17 | v. |
18 | KENKO USA, INC.; SOFT-GEL TECHNOLOGIES, INC.; |
19 | Cross-Defendants, |

21

22    Counsel report that they have met and conferred regarding ADR and have reached the

23 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

24 The parties agree to participate in the following ADR process:

25    **Court Processes:**

26        Mediation (ADR L.R. 6)

27 The parties agree to hold the ADR session by:

28

                                    1       STIPULATION AND [PROPOSED ORDER] SELECTING ADR
                                                                                    PROCESS
                                                               CASE NO. 06-cv-02754-EDL

1  the presumptive deadline.

2  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
3  penalty of perjury that concurrence in the filing of this document has been obtained from Paul J.
4  Robbennolt.

5  Dated: August 23, 2006           FISH & RICHARDSON P.C.

7  By: /s/ Albert R. Ubieta
    Albert R. Ubieta

9  Attorneys for Cross-Claimant
   IOVATE HEALTH SCIENCES U.S.A., INC.

11 Dated: August 23, 2006           DORSEY & WHITNEY LLP

13 By: /s/ Paul J. Robbennolt
    Paul J. Robbennolt

14 Attorneys for Cross-Defendants
   KENKO USA, INC.

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

  Mediation

  Deadline for ADR session

    90 days from the date of this order

IT IS SO ORDERED.

Dated: August 23, 2006

IT IS SO ORDERED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

Hon. _____
United States Magistrate Judge

10658261.doc

2   STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS
    CASE NO. 06-cv-02754-EDL