Juanita R. Brooks, SBN 75934, brooks@fr.com
Albert R. Ubieta, *pro hac vice*, ubieta@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

John Farrell, SBN 99649, jfarrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650)839-5070
Facsimile: (650) 839-5071

Attorneys for Cross-Claimant
IOVATE HEALTH SCIENCES U.S.A., INC.

Paul J. Robbennolt, Esq. robbennolt.paul@dorsey.com
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2864
Facsimile: (612) 340-8856

Attorneys for Cross-Defendants
KENKO USA, INC., SOFT-GEL TECHNOLOGIES, INC.
and CHEMCO INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IOVATE HEALTH SCIENCES U.S.A., INC., <br><br> Cross-Claimant, <br><br> v. <br><br> KENKO USA, INC.; SOFT-GEL TECHNOLOGIES, INC. and CHEMCO INDUSTRIES, <br><br> Cross-Defendants | CASE NO. 06-cv-02754-EDL <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |

Cross-Claimant IOVATE HEALTH SCIENCES U.S.A., INC. ("Iovate") and Cross-Defendant KENKO USA, INC., SOFT-GEL TECHNOLOGIES, INC. and CHEMCO INDUSTRIES (collectively "Kenko"), hereby stipulate as follows:

1.   Iovate and Kenko have resolved the issues arising from the above-titled action and have entered into a confidential Settlement Agreement dated August 30, 2006 regarding all of Iovate's claims and Kenko's defenses.

2.   Iovate and Kenko hereby agree to dismiss with prejudice this action, with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this litigation.

Dated: September 12, 2006         FISH & RICHARDSON P.C.

By: _____
Albert R. Ubieta

Attorneys for Cross-Claimant
IOVATE HEALTH SCIENCES U.S.A., INC.

Dated: September 12, 2006         DORSEY & WHITNEY LLP

By: _____
Sri Sankaran

Attorneys for Cross-Defendants
KENKO USA, INC., SOFT-GEL TECHNOLOGIES, INC. and CHEMCO INDUSTRIES, INC.

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE** the above-titled action, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: September 25, 2006

_____
Hon. Judge Elizabeth D. Laporte
United States Magistrate Judge

10658735.doc