| | |
|---|---|
| 1 | DORSEY & WHITNEY LLP |
| | Sri K. Sankaran (CA 236584) |
| 2 | Suite 1000 |
| | 555 California Street |
| 3 | San Francisco, California 94104 |
| | Telephone: (415) 544-7038 |
| 4 | Facsimiles: (415) 398-3249 |
| 5 | Paul Robbennolt (*pro hac vice*) |
| | Suite 1500, 50 South Sixth Street |
| 6 | Minneapolis, MN 55402-1498 |
| | Telephone: (612) 340-2600 |
| 7 | Facsimile: (612) 340-8856 |
| 8 | *Attorneys for Defendants* |
| | Kenko U.S.A., Inc., SoftGel Technologies, Inc., |
| 9 | and Chemco Industries, Inc., and Ronald G. Udell |
| 10 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | Robert P. Andris (SBN 130290) |
| 11 | Lael Andara (SBN 215416) |
| | Jesshill E. Love (SBN 208348) |
| 12 | 1001 Marshall Street, Suite 300 |
| | Redwood City, CA 94063 |
| 13 | Telephone: (650) 364-8200 |
| | Facsimile: (650) 780-1701 |
| 14 | Email: randris@ropers.com |
| | landara@ropers.com |
| 15 | |
| 16 | *Attorneys for Plaintiffs* |
| | USE Techno Corporation and |
| | Futoshi Matsuyama |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| USE TECHNO CORPORATION and FUTOSHI MATSUYAMA,<br><br>Plaintiffs,<br><br>v.<br><br>KENKO USA, INC.; SOFT-GEL TECHNOLOGIES, INC.; CHEMCO INDUSTRIES, INC.; IOVATE HEALTH SCIENCES U.S.A., INC.; JARROW INDUSTRIES, INC.; JARROW FORMULAS, INC.; RONALD G. UDELL; and SIVA P. HARI,<br><br>Defendants | CASE NO. 06-cv-02754-EDL<br><br>**STIPULATION FOR DISMISSAL REGARDING RONALD G. UDELL AND [PROPOSED] ORDER THEREON** |

1

STIPULATION FOR DISMISSAL REGARDING RONALD G. UDELL
AND [PROPOSED] ORDER THEREON
CASE NO 06-cv-02754-EDL

Plaintiffs Use Techno Corporation and Futoshi Matsuyama and defendants Kenko U.S.A., SoftGel Technologies, Inc., Chemco Industries, Inc. and Ronald G. Udell, hereby Stipulate and agree that:

1. Plaintiffs' claims against Defendant Ronald G. Udell are hereby DISMISSED WITH PREJUDICE, with all parties to bear their own costs, expenses and attorneys fees.

2. Defendants will not make any claim that Ronald G. Udell is an indispensable party or that he is required to be a party to the lawsuit for any purpose.

3. SoftGel Technologies, Inc. represents that it owns all right, title and interest in U.S. Patent No. 6,784,206.

//

Dated: October 20, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
Robert P. Andris

Attorneys for Plaintiffs
USE TECHNO CORPORATION AND
FUTOSHI MATSUYAMA

Dated: October 26, 2006

DORSEY & WHITNEY LLP

By: _____
Sri K. Sankaran

Attorneys for Defendants
KENKO USA, INC., SOFT-GEL
TECHNOLOGIES, INC. and CHEMCO
INDUSTRIES, INC.

1  [~~PROPOSED~~] ORDER

2  Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH**

3  **PREJUDICE** Plaintiffs' claims against Ronald G. Udell, with all parties to bear their own costs,

4  expenses and attorneys fees.

5  IT IS SO ORDERED.

7  Dated: November 20, 2006

8  _____
   The Honorable Elizabeth D. Laporte
9  United States Magistrate Judge

*[Stamp: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]*

11  4822-1167-5649\1