DORSEY & WHITNEY LLP

Sri Sankaran (SBN 236584)
555 California Street, Suite 1000
San Francisco, CA 94104-1513
Telephone: (415) 781-1989
Facsimile: (415) 398-3249

Paul Robbennolt (Pro Hac Vice)
John Brogan (Pro Hac Vice)
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-8856

Attorneys for Defendants
Kenko USA, Inc., Soft-Gel
Technologies, Inc., Chemco
Industries, Inc., and Ronald G.
UDELL

## UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USE TECHNO CORPORATION and FUTOSHI MATSUYAMA, <br><br> Plaintiffs, <br><br> v. <br><br> KENKO USA, INC.; SOFT-GEL TECHNOLOGIES, INC.; CHEMCO INDUSTRIES, INC.; IOVATE HEALTH SCIENCES U.S.A., INC.; JARROW INDUSTRIES, INC.; JARROW FORMULAS, INC.; RONALD G. UDELL; and SIVA P. HARI, <br><br> Defendants. | CASE NO.: C 06-2754 EDL <br><br> Before the Honorable Elizabeth D. LaPorte <br><br> ~~PROPOSED~~ ORDER ON MOTION TO AMEND |

Based on all the files records and proceedings herein, IT IS HEREBY ORDERED THAT:

1.     The motion of Defendants Kenko USA, Inc., Soft-Gel Technologies, Inc., Chemco Industries,

Inc., and Ronald G. Udell for leave to file their First Amended Answer is GRANTED, Defendants may

1 file their First Amended Answer.

2

3 IT IS SO ORDERED.

4

5 Dated: November 20, 2006

6 _____
Elizabeth D. Laporte

7 United States Magistrate Judge

8 4819-0673-7153\110/23/2006 5:23 PM

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28