ROBERT P. ANDRIS (SBN 130290)
LAEL ANDARA (SBN 215416)
AMY K. GRUBER (SBN 239793)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: randris@ropers.com
       landara@ropers.com
       agruber@ropers.com

Attorneys for Plaintiffs
USE TECHNO CORPORATION
and FUTOSHI MATSUYAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USE TECHNO CORPORATION and FUTOSHI MATSUYAMA,<br><br>Plaintiffs,<br><br>v.<br><br>KENKO USA, INC.; et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | CASE NO. 06-CV-02754-EDL<br><br>**STIPULATION TO EXTEND DEADLINE TO EXCHANGE PRELIMINARY CLAIM CONSTRUCTION AND EXTRINSIC EVIDENCE AND [PROPOSED] ORDER THEREON** |

Plaintiffs Use Techno Corporation and Futoshi Matsuyama and Defendants Kenko USA, Inc., Soft-Gel Technologies, Inc., Chemco Industries, Inc., by and through their undersigned counsel, hereby stipulate to extend the deadline to exchange Preliminary Claim Construction and Extrinsic Evidence from February 21, 2007 to February 28, 2007.

///

///

///

1   IT IS SO STIPULATED:

2   Dated: February 16, 2007                    ROPERS, MAJESKI, KOHN & BENTLEY

3

4                                               By: /s/ Amy K. Gruber
                                                    ROBERT P. ANDRIS
5                                                   LAEL D. ANDARA
                                                    AMY K. GRUBER
6                                                   Attorneys for Plaintiffs
                                                    USE TECHNO CORPORATION and
7                                                   FUTOSHI MATSUYAMA

8
    Dated: February 16, 2007                    DORSEY & WHITNEY LLP
9

10

11                                              By: /s/ Sri Sankaran
                                                    SRI SANKARAN
12                                                  Attorneys for Defendants
                                                    KENKO USA, INC., SOFT-GEL
13                                                  TECHNOLOGIES, INC., CHEMCO
                                                    INDUSTRIES, INC.
14

15                                              **ORDER**

16      IT IS SO ORDERED:
                                                IT IS SO ORDERED
17      Dated:  February 21, 2007                *Elizabeth D. Laporte*
                _____           Judge Elizabeth D. Laporte
18
                                                _____
19                                              HONORABLE ELIZABETH D. LAPORTE
                                                UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

RC1/426922.1/LD                    - 2 -    STIPULATION TO EXTEND DEADLINE TO
                                            EXCHANGE PRELIM CLAIM CONSTRUCTION
                                            AND EXTRINSIC EVIDENCE - C06-2754 EDL