ROBERT P. ANDRIS (SBN 130290)
LAEL ANDARA (SBN 215416)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: randris@ropers.com
landara@ropers.com

Attorneys for Plaintiffs
USE TECHNO CORPORATION
and FUTOSHI MATSUYAMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USE TECHNO CORPORATION and FUTOSHI MATSUYAMA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KENKO USA, INC.; et al.,<br><br>　　　　Defendants. | CASE NO. 06-CV-02754-EDL<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' EX PARTE REQUEST FOR PERMISSION TO BRING AUDIO-VISUAL EQUIPMENT FOR TUTORIAL HEARING**<br><br>Date:　June 27, 2007<br>Time:　9:30 a.m.<br>Ctrm:　E, 15th Floor |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | |

　　　　Plaintiffs Use Techno Corporation and Futoshi Matsuyama hereby respectfully request permission to bring audio-visual equipment for a PowerPoint presentation to the tutorial hearing currently set for June 1, 2007, at 9:30 a.m. Plaintiffs further request that the court instruct the United States Marshals Service and the Court Security Officers to allow counsel for plaintiffs to bring the necessary equipment to the courtroom including: (1) a laptop computer; (2) a projector; (3) flasks; and (4) chemistry glassware. Finally, plaintiffs seek leave to arrive at the Court at or about 9:00 a.m. on June 1, 2007, to allow time to set up the equipment in advance of the hearing.

///

///

1   IT IS SO ORDERED:

2   Dated: ___May 31, 2007_____

3

4   _____
    HONORABLE ELIZABETH D. LAPORTE
5   UNITED STATES MAGISTRATE JUDGE

*(Stamp: IT IS SO ORDERED / Judge Elizabeth D. Laporte / United States District Court, Northern District of California)*

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/436889.1/LD     - 2 -     [PROPOSED] ORDER GRANTNIG PLFS' EX PARTE REQ FOR PERMISSION TO BRING EQUIPMENT TO TUTORIAL - C06-2754 EDL