IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USE TECHNO CORPORTATION AND FUTOSHI MATSUYAMA,<br><br>            Plaintiffs,<br><br>   v.<br><br>KENKO USA, Inc., et.al.,<br><br>            Defendants.        / | No. C-06-02754 EDL<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME TO HEAR PLAINTIFF'S MOTION TO EXTEND THE TIME TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING MOTION TO EXTEND** |

On July 26, 2007, Plaintiff filed a Motion to Shorten Time to Hear Plaintiff's Motion to Extend Time to Oppose Defendants' Motion for Summary Judgment. On July 27, 2007, Defendants filed an opposition to the Motion to Shorten Time.

Because Plaintiff has not made a sufficient showing of good cause, the Court hereby denies the motion to shorten time. The Court also denies Plaintiff's Motion to Extend Time. If Plaintiff believes that it needs additional discovery before filing its opposition to certain portions of Defendants' summary judgment motion, the proper approach is to utilize the procedure in Federal Rule of Civil Procedure 56(f). See California v. Campbell, 138 F.3d 772, 779 (9th Cir. 1998) (holding that the party seeking relief under Rule 56(f) "must show (1) that they have set forth in affidavit form the specific facts that they hope to elicit from further discovery, (2) that the facts sought exist, and (3) that these sought-after facts are 'essential' to resist the summary judgment motion."). However, any portions of the motion for summary judgment that Plaintiff can oppose

//

//

without additional discovery should be addressed on the existing briefing schedule.

**IT IS SO ORDERED.**

Dated: July 28, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge