IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USE TECHNO CORPORTATION AND FUTOSHI MATSUYAMA,<br><br>    Plaintiffs,<br><br>  v.<br><br>KENKO USA, INC., et.al.,<br><br>    Defendants. | No. C-06-02754 EDL<br><br>**ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT AND SETTING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Court's August 14, 2007 Order Granting in Part and Denying in Part Plaintiffs' Motion to Amend, Plaintiffs shall file an amended complaint no later than September 24, 2007. The Court will hold a Case Management Conference on October 30, 2007 at 10:00 a.m. The parties shall file a Joint Case Management Conference Statement no later than October 23, 2007

**IT IS SO ORDERED.**

Dated: September 10, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge