1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11

USE TECHNO CORPORTATION AND
FUTOSHI MATSUYAMA,

Plaintiffs,

12

v.

13
14

KENKO USA, INC., et.al.,

Defendants.

15
16
17

No. C-06-02754 EDL

**ORDER WITHDRAWING
ERRONEOUSLY FILED JUDGMENT**

The Judgment erroneously filed on September 4, 2007 is withdrawn.

**IT IS SO ORDERED.**

18
19

Dated: September 10, 2007

20

ELIZABETH D. LAPORTE
United States Magistrate Judge

21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California