DORSEY & WHITNEY LLP
Devin A. McRae (Cal. Bar No. 223239)
1717 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 857-1717
Facsimile: (650) 857-1288

Sri K. Sankaran (Cal. Bar No. 236584)
Kevin S. Ueland (Pro Hac Vice)
Surya Saxena (Pro Hac Vice)
50 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-8856

Attorneys for Defendants
KENKO USA, INC., SOFT-GEL TECHNOLOGIES, INC., and CHEMCO INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USE TECHNO CORPORATION and FUTOSHI MATSUYAMA,<br><br>Plaintiffs,<br><br>v.<br><br>KENKO USA, INC.; SOFT-GEL TECHNOLOGIES, INC.; and CHEMCO INDUSTRIES, INC.,<br><br>Defendants. | CASE NO.: C 06-2754 EDL<br><br>Before the Honorable Elizabeth D. LaPorte<br><br>**PROPOSED ORDER RE MOTION TO CHANGE DEADLINE TO MEET, CONFER AND RE-FILE MOTION TO COMPEL** |

    This matter is before the Court on Defendants' request that the Court's Order of October 18, 2007, be modified, and that Defendants be given until two weeks after the Court's ruling on the two pending summary judgment motions (Docket No. 167 and Docket No. 174) to meet and confer with Plaintiffs regarding Defendants' motion to compel, and to re-file that motion to compel, if necessary.

IT IS HEREBY ORDERED THAT for good cause shown, and to reduce expense to the parties and to conserve the Court's resources, Defendants' motion is GRANTED.  Defendants shall have until two weeks after the Court's ruling on the two pending summary judgment motions (Docket Nos. 167 and 174) to meet and confer with Plaintiffs, and re-file their motion to compel, if necessary.

IT IS SO ORDERED.

Dated:   November __9___, 2007



_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

-2-

Proposed Order re Motion to Change Time
Case No. C-06-2754 EDL